UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BROWN, ANTHONY S | ) | Case No. 10-01412-PCT RTB |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

WILLIAM E. PIERCE, Trustee, reports that the following dividend check has been issued, mailed and then returned by US Post Office due to "not deliverable as addressed, unable to forward". Trustee has attempted to but cannot find creditor. Creditor has not kept Trustee or Court informed of current address.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 104 | 03/21/11 | BEAUDRY RV MESA INC<br>1576 SOUTH NELSON RD<br>CHANDLER, AZ 85226-5118 | $33.40 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of  $33.40 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| April 13, 2011 | /s/William E. Pierce |
| DATE | WILLIAM E. PIERCE, TRUSTEE |